RECEIVED
IN LAKE CHARLES, LA.

OCT 10 2017

TONY R. MOORE, CLERK
BY_____ DEPUTY

*(Rev. 12/6/12)*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### _____ DIVISION

Carey Dwayne Dorsey in proper

**Plaintiff**

Civil Action No. _____

VS

Boise Cascade Company et al.
Protemp Staffing Solutions Inc. et al.

Judge _____

Magistrate Judge _____

**Defendant**

## COMPLAINT
### UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964

A.    Describe in your own words the employment practices about which you are complaining, identifying the persons, firms, companies, unions, agencies or bodies you say have engaged in such practices. Attach an additional sheet, if necessary.

Both of my Dual Employers, Boise Cascade Company, and Protemp Staffing Solutions inc. Have Been Engaged in Retailaition, And Intentional Unlawful Employment Pratices. And Racial Discrimination under Title VII of the Civil Rights Acts of 1964. And Have Committed Title I of the Americans with Disabilities Amendments Act of 2008 DISABILITY DISCRIMINATION ON THE " BASIS OF MY DISABILITY Against me.

B.    Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices?    Yes ☒   No ☐

C.    Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges?    Yes ☒   No ☐

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received: Aug 08 2017 _____

(Rev. 12/6/12)

D.    Have you received from the EEOC a copy of its determination with regard to your charges?

Yes ☒    No ☐

If "Yes," attach a copy of such determination.  Also, if you disagree with any of the EEOC's findings or conclusions, state why:

I AGREE With The Retailaition Under Title VII CRA.

E.    Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

Since Sept. 07- 2015 Both of my Dual employers Have Not Giving me Any Workers COMPENSATION Benefits FOR My Temporary Total Disability, I received Sept-21-2011 Causing my Disability- Related Occupational Injuries From work Accident I had will In the course And scope of my Employment.

F.    Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date: 10-06-2017

_____
(Signature)

318 North foorth St. P.O. Box 562
(Street Address or P.O. Box)

OBERLN LA. 70655
(City, State, Zip Code)

(337) -977-1244
(Area Code)    (Telephone Number)

_____
(Witness)

_____
(Witness)

Page 2 of 2

UNITED STATES DISTRICT COURT

WESTER DISTRICT OF LOUISIANA

DIVISION

RECEIVED
IN LAKE CHARLES, LA

OCT 10 2017

TONY R. MOORE, CLERK
BY:

CAREY DWAYNE DORSEY, in proper.
315 NORTH FOURTH ST. P.O. BOX 562
Oberlin La. 70655 (337) 977-1244

(PLAINTIFF)

VERUS

PROTEMP STAFFING SOLUTIONS inc. etal.
1150 EXPRESSWAY DR. SUITE 102.
PINEVILLE LA. 71360 (318) 561-7602, and

BOISE CASCADE COMPANY, etal.
140 VAN PLY ROAD OAKDALE LA.
71463. (318) 335-1550

(DEFENANTS)

CIVIL ACTION No:

JUDGE

MAGISTRATE

"COMPLAINT"

JURY DEMAND.

The Reason for which The Court Have Jurisiction Over This, My Civil Rights Complaint, Is Due To The Defendants, BOISE CASCADE COMPANY etal., And PROTEMP STAFFING SOLUTIONS Inc. etal. UNLAWFUL INTENTIONAL DISCRIMINATORY EMPLOYMENT PRATICES, Under Title VII of The Civil Rights Amendments Act

pg 1 of 12

CAREY DWAYNE DORSEY in proper
318 NORTH FOURTH ST. P.O. BOX 562
Oberlin la. 70655   337 977-1244

"COMPLAINT CONT."

of 1991, By Committing Racial Discrimination, And Retaliation, Causing Americans With Disabilities Amendment acts of 2008 "Disability" Discrimination on the "Basis of Disability" of the complaining party under 42 U.S.C. 12102(2); 29 C.F.R. 1630.2(g) "PHYSICAL IMPAIRMENT" Of Which Complaining Party Received Sept-21-2011 Causing His DISABILITY -RELATED OCCUPATIONAL INJURIES, From A work Accident He Had while in the course and scope of His Employment FOR BOTH HIS EMPLOYERS. The Defendants.

Since Sept-07-2015 The Defendants Have Engaged in a Pattern of Discriminatory Practices With complete malice and with full Reckless Indifference, of my, CAREY DWAYNE DORSEY, BLACK, DISABLED AMERICAN, HEAD OF HOUSEHOLD FEDERALLY PROTECTED RIGHTS. The Defendants use of "Retaliation Against the complaining party, In Rega...   To the SEPT-07-2015 Termination and Defendants Refusal To Reinestate, Complaining party, Workers

2

pg 2of 12

CAREY DWAYNE DORSEY in proper
318 NORTH FOURTH ST. P.O. BOX 562
Oberlin la. 70655   337 977-1244

"COMPLAINT CONT"

Compensation Benefits, The Unlawful Employment Practies, Toward the Complaing Party are ARBITTARY, CAPRICIOUS AND WITHOUT LEGAL JUSTIFICATION. I NOW WILL ENTER MY MIX MOTIVE CIVIL COMPLAINT. On Sept. 23-2015, My Attorney Gregory Marceaux Sent One of my dual Employers Protemp Staffing Solutions Inc. A demand letter Telling them to immediately institute worker Compensation indemnity Benefits to MR Dorsey and approve any needed medical treatment advising them that Failure to immediately institute workers compensation indemnity benefits and to forward indemnity checks to His Law Firm will result in a Claim for penalties and Attorney fees. Since Sept-07-2015 The defendants Never Reinstated my Temprorary Total Disability weekly $441.14 A week indemnity checks or Reinstated My workers Compensation Medical Benefits

pg 3 of 12

CAREY DWAYNE DORSEY m proper
318 NORTH FOURTH ST. P.O. BOX 562
Oberlin la. 70655  337 977-1244

# FACTS OF MY CIVIL COMPLAINT

① On August 3rd 2015 From In the United States Court of Appeals For the Fifth Circuit The Clerks Office Issued Case No. 14-31257 Summary Calender Of my Civil case. Carey Dwayne Dorsey inproper (Plaintiff-Appellant v. BOISE CASCADE COMPANY, formerly known as Boise Cascade, L.L.C.; Protemp Staffing Solutions, Incorporated; B Gerald Weeks Defendants-Appellees.

Appeal from the United States District Court for the Western District of Louisiana USDC No. 2:13-cv-2830 Honorable Judge Patrica Mindi.

Before Higginbotham, Jones, and Higginson, Circuit Judges. PER CURIAM

"Carey Dwayne Dorsey alleges that he was injured on the Job. After receiving a right-to-sue letter from the EEOC, he brought suit pro se under the Americans With Disabilities Act ("ADA") for wrongful discharge and failure to accommodate

CAREY DWAYNE DORSEY in proper
318 NORTH FOURTH ST. P.O. Box 562
Oberlin La. 70655   337 977-1244

The district court granted summary judgment against MR. Dorsey's claims, finding that he was not a "qualified individual" under the ADA and to no reasonable accommodation was possible. MR Dorsey appealed. WE affirm Page 4 Case: 14-31237 Date filed: 08/03/2015 "The court recognizes the serious nature of MR Dorsey's complaint, but the ADA is simply not designed for a situation as this, where a workplace accident injures a worker so severely that he is unable to continue working. Because Mr. Dorsey is not a "qualified individual" his ADA claims cannot survive summary judgment. Mr. Dorsey's motion for appointment of counsel is denied. "AFFIRMED.

2) On August-07-2015, My General Employer (Staffing firm) PROTEMP STAFFING SOLUTIONS Inc. Self Insured Workers Compensation Insurance Provider, The Louisiana Safety Association of Timbermen Self Insurers Fund, 113 East Main Street Winnfield La. 71483, Was Issued a

CAREY DWAYNE DORSEY in proper
318 NORTH FOURTH ST. P.O. BOX 562
Oberlin la. 70655 337 977-1244

"NOTICE OF CEASE AND DESIST ORDER"
By The "LOUISIANA DEPARTMENT OF INSURANCE"
COMMISSIONER Mr James J. DONELON.

3) On August-28-2015, I, CAREY DWAYNE DORSEY, (Complaing party) Filed With The office of the Clerk, For The United States Court of Appeals Fifth Circuit To My case No. 14-31251, PLAINTIFF'S - APPELLATE, "MOTION FOR LEAVE TO FILE FRAP 44 NOTICE OUT OF TIME" THAT THE CASE CONTAINS A CONSTITIONAL CHALLENGE TO THE AMERICANS WITH DISABILITIES ACT AMENDMENTS OF 2008 C.F.R. 1630, AND Title 1 of the Civil Rights Amendments Act of 1991, I Also Served The Attorneys For the Defendants My Motion Was Deined By the Clerks office.

4) On September-09-2015 I, Carey D. Dorsey Complaining Party Received A Call From My Workers Compensation Attorney, Since Oct-2011 MR Gregory P. Marceaux, Of MARCEAUX LAW FIRM L.L.C. 2901 Hodges Street LAK CHARLES

6

pg 6 of 12

CAREY DWAYNE DORSEY in proper
318 NORTH FOURTH ST. P.O. BOX 562
Oberlin la. 70655  337 977-1244

La. 70601, MR MAREAUX HAD Personally Called Me To Tell me, That when I get To His Law office "This Afternoon" To Pick up My WEEKLY WORKERS COMPENSATION Temporary Total Disability INDEMNITY CHECK, WEEKLY CHECK AMOUNT, $441.14 IUSSED FROM My General Employer, Defendant Protemp Staffing Solutions Inc. Workers Compensation Self Insured Fund Provider The Louisiana Safety Assocation of Timbemen Self Insurer fund, Who Has been Providing All of my workers Compensation Benefits, And Medical Services For My Sept.-21-2011 DISABILITY-RELATED OCCUPATIONAL Injuries I received while in the course and scope of My employment As A Utility Worker, 2nd Shift On the Green end At The BOISE Cascade Company Plant, On 140 WooD PLy RD. Oakdale la. 71463. My Special Employer (Client) Defendant, That My Check will be My last One, And I No longer will get workers Compensation MEDICAL BENEFITS,

CAREY DWAYNE DORSEY in proper
318 NORTH FOURTH ST. P.O. BOX 562
Oberlin La. 70655   337 977-1244

Treatment or Medical Services, And He Informed me That my Meetings, With my Vocational Rehabilitation Specialist, Mona Davis Were Also Cutoff. That Day Sept-09-2015 Was the Day My Dual EMPLOYERS STARTED THEIR Retailartion Against Me In Violation of My Rights Under Title VII of the civil Rights Act of 1964, And Title 1 of the Americans with Disabilities Amendments Act of 2008 On the Basis of my Disability Which is the fact why I have filed This Mixed Motive Civil Complaint. I AM SEEK ENFORCEMENT PROVISION Under The Title VII of the Civil Rights Act of 1964. SEC 2000e-5 (e) (3A) & (B) (Section 706). (3)(A) For purposes of this section, an unlawful employment practice occurs, with respect to discrimination in compensation in violation of this title, when a discriminatory compensation decision or other practice is adopted, when an individual is affected by application of

Pg 8 of 12

CAREY DWAYNE DORSEY in proper
318 NORTH FOURTH ST. P.O. BOX 562
Oberlin la. 70655   337 977-7244

a discriminatory compensation decision or other practice, including each time wages, benefits, or other compensation is paid, resulting in whole or in part from such a decision or other practice.

(B) In addition to any relief authorized by section 1977A of the Revised Statutes (42 U.S.C. 1981a), liability may accrue and an aggrieved person may obtain relief as provided in subsection (g)(1), including recovery of back pay for up to two years preceding the filing of a charge, where the unlawful employment practices that have occurred during the charge filing period are similar or Related to unlawful employment practices with regard to discrimination in compensation that occurred outside the time for filing a charge.

5) Title VII of the Civil Rights Act of 1964 "UNLAWFUL EMPLOYMENT PRACTICES SEC. 2000e-2 (section 703) (a) Employer practices it shall be an unlawful employment

pg 9 of 12

CAREY DWAYNE DORSEY in proper
318 NORTH FOURTH ST. P.O. BOX 562
Oberlin la. 70655  337 977-1244

practice for an employer-
(1) to fail or Refuse to hire, or discharge any individual, or "OTHERWISE TO DISCRIMINATE AGAINST ANY INDIVIDUAL WITH RESPECT TO HIS COMPENSATION; terms, conditions, or privileges of employment because of such individuals RACE, COLOR, REGION, SEX OR NATIONAL ORIGIN. I CAREY DWAYNE DORSEY AM A DARK SKIN, BLACK DISABLED AMERICAN, FROM Sept 07-2015 Til DEC-29-2016 DID NOT RECEIVE ANY TEMPORARY TOTAL DISABILITY WORKERS COMPENSATION BENEFITS, FROM MY DUAL EMPLOYERS BOISE CASCADE COMPANY, OR PROTEMP STAFFING SOLUTION Inc. FOR MY DISABILITY-RELATED OCCUPATIONAL INJURIES I RECEIVED Sept-21-2011 From work Accident I Had while in The course AND SCOPE OF MY Employment,

(6) Now That the EEOC Understands

pa 10 of 12

CAREY DWAYNE DORSEY in proper
318 NORTH FOURTH ST. P.O. BOX 562
Oberlin La. 70655 337 977-1244

That 29 C.F.R. 1630.2(l) IS one of their laws. FROM THE AMERICANS WITH DISABILITIES AMENDMENTS ACT OF 2008 "Major life Activie" now include the operation of major body functions. Such as DisGentrative DISC. And Hernited DISK. MY MEDICAL CONDATION Since My 09-21-2011 Disabity Related Occupational Injuries, CAN THIS COURT SUE FINES PUT IN PRISION THE PERSONS WHO HAVE BEEN COMMITTING ~~RELATION~~ RELAITAION AGAINST ME BECAUSE I SEEKED MY FEDERALLY PROTECIED RIGHT BY FILING AN DISABILITY CIVIL RIGHT CHARGE AGAINST MY EMPLOUERS.

I AM Attaching To this My Civil Complaint All of the Act of Intenional Discrimination Acts. In committed Against Me By The Defendants

pg 11 of 12

CAREY DWAYNE DORSEY in proper
318 NORTH FOURTH ST. P.O. BOX 562
Oberlin la. 70655   337 977-1244

My Dual Employer By Their Attorneys

Boise Cascade Company Has over 10,000 Employes, Which is why I am Seeking A Jury Trai And COMPENSATORY AND PUNITIVE DAMAGE IN THE AMOUNT OF $300,000.00 TO cover The loses And Pains me And my family were forced To go thru FOR 14 months Due To The Discrimination Act Violation committed against me By the Defendants And Their Attorneys Under The louisiana Workers Compensation ACT, I PREY FOR FEDERAL Enforcements of my Civil and Disability Rights. I Have to end now Due to the Pain.

(337) 977-1244, (337) 927-8025.

Carey D. Dorsey   10-06-2017   dorseycarey@gmail.com

pg 12 of 12