# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **CAREY DWAYNE DORSEY** | **CIVIL ACTION NO. 2:17CV1309** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **BOISE CASCADE CO, ET AL.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

In accordance with the corresponding Ruling, and the reasons set forth therein,

**IT IS ORDERED, ADJUDGED AND DECREED** that pro se plaintiff Carey Dwayne Dorsey's ("Dorsey") claims of discrimination under Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act are **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e). Dorsey's claim of retaliation is preserved.

**IT IS FURTHER ORDERED** that the Court refers Dorsey's retaliation claim back to the Magistrate Judge for preliminary review pursuant to 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Dorsey's motion to recuse Magistrate Judge Kathleen Kay [Doc. No. 6] is **DENIED**.

**IT IS FURTHER ORDERED** that Dorsey's motion for summary judgment [Doc. No. 6] is **DENIED WITHOUT PREJUDICE** as premature.

Monroe, Louisiana, this 4th day of May, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE