**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

CAREY DWAYNE DORSEY                         CIVIL ACTION NO. 17-1309

VERSUS                                                  UNASSIGNED DISTRICT JUDGE

BOISE CASCADE CO. and                          MAGISTRATE JUDGE KAY
PROTEMP STAFFING SOLUTIONS, INC.

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge

previously filed herein (Record Document 9), after an independent review of the record, a

*de novo* determination of the issues, consideration of the objections filed (Record Document

10), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that plaintiff's retaliation claim be dismissed and his complaint

(Record Document 1) be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 17th day of August, 2018.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT